IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **BLUESTONE COAL CORPORATION**, | : | Case No. 1:09-cv-648 |
| Plaintiff, | : | Judge Michael R. Barrett |
| v. | : | |
| | : | Magistrate Judge Hogan |
| **NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC**, | : | |
| Defendant. | : | |
| And | : | |
| **NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC**, | : | |
| Counter-claimant, | : | |
| v. | : | |
| **BLUESTONE COAL CORPORATION**, **BLUESTONE INDUSTRIES, INC.**, **JAMES C. JUSTICE COMPANIES, INC.**, **and DYNAMIC ENERGY, INC.**, | : | |
| Counter-defendants. | : | |

ORDER OF DISMISSAL

This day came the Plaintiff, Bluestone Coal Corporation and the Third Party Defendants Bluestone Industries, Inc., James C. Justice Companies, Inc., and Dynamic Energy, Inc. by their counsel, Stephen L. Thompson and J. David Cecil of Barth and Thompson, and Frank A. Ray and J. Anthony Kington of Chester Willcox & Saxbe, L.L.P., and came also the Defendant, National City Commercial Capital Company, LLC, by its counsel, Daniel J. Buckley and Joseph

M. Brunner of Vorys, Sater, Seymour and Pease LLP, and announced to the Court that all matters in controversy in this action had been compromised and settled, and, therefore, said parties did jointly move that this action and all claims asserted therein be dismissed, with prejudice. The parties have executed a Settlement And Complete Release Of All Claims setting forth their agreement.

The Court being of the opinion that said action should be dismissed, it is therefore ORDERED that this action be, and the same hereby is, dismissed, settled, with prejudice as to the issues raised in the Complaint and First Amended Complaint upon the terms set forth in the Settlement And Complete Release Of All Claims, and stricken from the docket of this Court with each party to bear its own costs.

The Court further ORDERS that a certified copy of this order be sent to counsel of record.

ENTER:   January 12, 2011                    s/ Michael R. Barrett
                                             Judge Michael R. Barrett


Presented and Prepared by:

s/ Stephen L. Thompson
Stephen L. Thompson WV Bar Number:  3751
J. David Cecil WV Bar Number:   683
Attorney for Plaintiff Bluestone Coal Corporation
  and Third-Party Defendants Bluestone Industries,
  Inc., James C. Justice Companies, Inc. and
  Dynamic Energy, Inc.
Barth & Thompson
P. O. Box 129
Charleston, WV   25321
(304) 342-7111 (Telephone)
E-mail: sthompson@barth-thompson.com
E-mail: cecilwvlaw@aol.com

s/ Frank A. Ray   s/Stephen L. Thompson per written authorization
Frank A. Ray Bar Number:   0007762
J. Anthony Kington Bar Number:  0021964
Attorney for Plaintiff Bluestone Coal Corporation
  and Third-Party Defendants Bluestone Industries,
  Inc., James C. Justice Companies, Inc. and
  Dynamic Energy, Inc.
Chester Willcox & Saxbe, L.L.P.
65 East State Street, Suite 1000
Columbus, Ohio 43215
Telephone:  (614) 221-4000
Email: fray@cwslaw.com
Email: tkington@cwslaw.com

Agreed to by:

s/   Daniel J. Buckley   s/ Stephen L. Thompson per written authorization
Daniel J. Buckley Bar Number:   003772
Joseph M. Brunner NY Bar Number:   4605341
Attorneys for Defendant National City
   Commercial Capital Company LLC
Vorys, Sater, Seymour and Pease LLP
Suite 2000, Atrium Two
221 East Fourth Street
P.O. Box 0236
Cincinnati, OH 45201-0236
Telephone: 513-723-4000
E-mail:  djbuckley@vorys.com
Email:  jmbrunner@vorys.com